## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEZLIE SAVIOUR,** | **CIVIL ACTION** |
| **Plaintiff,** | |
| | |
| **v.** | |
| | |
| **S. WILLIAM STAVROPOULOS, M.D., C.R. BARD, INC., and BARD PERIPHERAL VASCULAR, INC., a subsidiary and/or division of defendant C.R. Bard, Inc.,** | **NO.  15-5362** |
| **Defendants.** | |

## O R D E R

**AND NOW**, this 5th day of November, 2015, upon consideration of C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.'s Motion to Sever and Remand Claims Against S. William Stavropoulos, M.D. and its attachments (Document No. 3, filed September 30, 2015), Plaintiff's Response in Opposition to Bard's Motion to Sever and Remand Claims Against S. William Stavropoulos (Document No. 9, filed October 14, 2015), Defendant S. William Stavropoulos, M.D. Notice of Joinder to C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.'s Motion to Sever and Remand Claims Against S. William Stavropoulos, M.D. (Document No. 11, filed October 21, 2015), Plaintiff's Motion to Remand (Document No. 12, filed October 28, 2015), and Plaintiff's Response in Opposition to Bard's Motion to Sever and Remand Claims Against S. William Stavropoulos (Document No. 13, filed October 28, 2015), for the reasons set forth in the accompanying Memorandum dated November 5, 2015, **IT IS ORDERED** as follows:

1.    The Motion to Sever and Remand Claims Against S. William Stavropoulos, M.D. is **DENIED**.

2.    The case is **REMANDED** to the Court of Common Pleas of Philadelphia County pursuant to 28 U.S.C. § 1447(c).

3.    Plaintiff's Motion to Remand is **DENIED AS MOOT**.

4.    The Deputy Clerk shall **MARK** this case **CLOSED**.


**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**

_____

**DuBOIS, JAN E., J.**